

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SCOUTERRIOUS LOFTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-146
)
WARDEN STANLEY WILIAMS, )
CAPTAIN BYNUM, TRACY )
MCINTYRE, LISA FOUNTAIN, and )
CERT OFFICER SANTIAGO, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation[1] (Doc. 10), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's claims for cruel and unusual punishment, medical deprivation, and destruction of property; along with defendants Bynum, Fountain, and McIntyre are **DISMISSED**. However, Plaintiff's equal protection claim against Warden Williams, unreasonable search and seizure claim against CERT Officer Santiago,

---

[1] The Magistrate Judge previously concluded that Plaintiff did not meet the requirements for issuing a preliminary injunction. (Doc. 7 at 16.) For the same reasons outlined in that Report and Recommendation, Plaintiff's Motion (Doc. 6) is **DENIED**.

religious discrimination claim against CERT Officer Santiago, and bodily privacy claim survive.

SO ORDERED this 23rd day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA