IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SCOURTERRIOUS LOFTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-146
)
WARDEN STANLEY WILIAMS and )
SANTIAGO, Cert Officer; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 23), to which no objections have been filed.[1] Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of August 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff did file a Response to Defendant's Motion to Dismiss. (Doc. 26.) However, this response does not correct or address the deficiencies noted in the Magistrate Judge's Report and Recommendation.